1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549

4
   SEYFARTH SHAW LLP
5  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall, Suite 2350
6  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
7  Facsimile: (916) 558-4839

8  Attorneys for Defendants
   C.R. LAURENCE CO., INC., EMPLOYEE BENEFIT PLAN and LIFE INSURANCE
9  COMPANY OF NORTH AMERICA

10 LAW OFFICES OF LAURENCE F. PADWAY
   Laurence F. Padway (SBN 89314)
11 Karen K. Wind (SBN 124852)
   1516 Oak Street, Suite 109
12 Alameda, California 94501
   Telephone: (510) 814-6100
13 Facsimile: (510) 814-0650

14 Attorneys for Plaintiff
   ROBERT RUNNE
15
                        UNITED STATES DISTRICT COURT
16
                       EASTERN DISTRICT OF CALIFORNIA
17
   ROBERT RUNNE,                        )  Case No. 2:05-CV-01253-WBS-GGH
18                                       )
              Plaintiff,                 )  **STIPULATION TO EXTEND TIME TO**
19                                       )  **FILE RESPONSIVE PLEADING**
       v.                                )
20                                       )
   C.R. LAURENCE CO., INC., EMPLOYEE     )
21 BENEFIT PLAN                          )
                                         )
22            Defendant,                 )
                                         )
23 _____)
                                         )
   LIFE INSURANCE OF COMPANY OF          )
24 NORTH AMERICA                         )
                                         )
25         Real Party in Interest        )
   _____)

26

27 ///

28 ///

                                      1

1    Pursuant to Local Rule 6-142, Plaintiff Robert Runne and Defendants C. R. Laurence

2  Co., Inc, Employee Benefit Plan and Life Insurance Company of North America (collectively

3  "Defendants"), by and through their respective counsel of record,  hereby stipulate to an

4  extension of time within which Defendants must file a responsive pleading in the above

5  captioned matter up to and including August 31, 2005.  No prior extensions of time have been

6  agreed upon by the parties.

7  DATED: August ___, 2005                        SEYFARTH SHAW LLP

8

9                                                 By_____
10                                                      Carolyn A. Knox
                                                        Kristine K. Blanco
11                                                 Attorneys for Defendants
                                                   C.R. LAURENCE CO., INC., EMPLOYEE
                                                   BENEFIT PLAN and LIFE INSURANCE
12                                                 COMPANY OF NORTH AMERICA

13  DATED: August ___, 2005                        LAW OFFICE OF LAURENCE F.
                                                   PADWAY
14

15

16                                                 By_____
                                                        Laurence F. Padway
17                                                      Karen K. Wind
                                                   Attorneys for Plaintiff
18                                                 ROBERT RUNNE

19  **IT IS SO ORDERED.**

20  DATED:  August 15, 2005

21

22  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

23

24

25

26

27  SC1 17064281.1 / 25399-000142

28