UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROBERT RUNNE,

        Plaintiff,

  v.

C.R. LAURENCE CO., INC.,
EMPLOYEE BENEFIT PLAN,

        Defendant.

LIFE INSURANCE OF COMPANY OF NORTH AMERICA

        Real Party in Interest.

CASE NO. S-05-1253 WBS GGH

ORDER RE: STATUS CONFERENCE

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After consulting with the parties on September 26, 2005, the court makes the following orders:

I.    FURTHER STATUS CONFERENCE

A further status conference is scheduled for December 19, 2005 at 9:00 a.m. At that time, the court will consider what discovery to allow.

II.    NEW STATUS REPORTS

Seven days before the status conference, the parties

1

will file new status reports outlining the depositions, interrogatories, and requests for document production that each intends to serve.

### III. STAY OF DISCOVERY PROCEEDINGS

All discovery proceedings are otherwise stayed until December 19, 2005. The parties will not attempt to serve any requests for discovery during the intervening time, but may continue ongoing settlement discussions.

DATED: September 26, 2005.

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE