| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
|  | Laurence F. Padway (SBN: 083914) |
| 2 | Karen K. Wind (SBN: 124852) |
|  | 1516 Oak Street, Suite 109 |
| 3 | Alameda, CA 94501 |
|  | Telephone: (510) 814-6100 |
| 4 | Facsimile: (510) 814-0650 |
| 5 | Attorneys for Plaintiff |
|  | ROBERT RUNNE |
| 6 | |
| 7 | SEYFARTH SHAW LLP |
|  | Carolyn A. Knox (SBN: 181317) |
| 8 | 560 Mission Street, Suite 3100 |
|  | San Francisco, California 94105 |
| 9 | Telephone: (415) 397-2823 |
|  | Facsimile: (415) 397-8549 |
| 10 | Email: cknox@seyfarth.com |
| 11 | Attorneys for Defendants |
|  | C.R. LAURENCE CO., INC. EMPLOYEE BENEFIT PLAN and LIFE INSURANCE |
| 12 | COMPANY OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RUNNE, | ) | Case No. 2:05-CV-01253-WBS-GGH |
|  | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH** |
|  | ) | **PREJUDICE PURSUANT TO** |
| v. | ) | **FED.R.CIV.P. 41(a) AND [PROPOSED]** |
|  | ) | **ORDER** |
| C.R. LAURENCE CO., INC. EMPLOYEE | ) | |
| BENEFIT PLAN, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |
| LIFE INSURANCE COMPANY OF NORTH | ) | |
| AMERICA, | ) | |
|  | ) | |
| Real Party in Interest. | ) | |

Plaintiff Robert Runne and Defendants C.R. Laurence Co., Inc. Employee Benefit Plan and Life Insurance Company of North America have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /

Stipulation of Dismissal with Prejudice and [Proposed] Order; Case No. 2:05-CV-01253-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1   The parties seek the Court's approval of dismissal of this action with prejudice through
2   the order listed *infra*.

3   DATED: November ___, 2005                    SEYFARTH SHAW LLP

5                                                By_____
                                                     Carolyn A. Knox
6                                                Attorneys for Defendants
                                                 C.R. LAURENCE CO., INC. EMPLOYEE
7                                                BENEFIT PLAN and LIFE INSURANCE
                                                 COMPANY OF NORTH AMERICA
8

9   DATED: November ___, 2005                    LAW OFFICES OF LAURENCE
                                                 PADWAY
10

12                                               By_____
                                                     Laurence F. Padway
13                                               Attorneys for Plaintiff
                                                 ROBERT RUNNE

15   **IT IS SO ORDERED:**

16   Date: January 9, 2006

17   _____
18   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

19   SF1 28224825.1 / 25399-000142

Stipulation of Dismissal with Prejudice and [Proposed] Order; Case No. 2:05-CV-01253-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com